PD-0716-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/11/2015 4:03:26 PM
Accepted 6/12/2015 11:00:03 AM
ABEL ACOSTA
CLERK

NO. 02-14-00075-CR

| | | |
|---|---|---|
| RUTH PIN ROGMAD,<br>APPELLANT | § <br> § <br> § | IN THE COURT OF |
| VS. | § <br> § | OF CRIMINAL APPEALS |
| THE STATE OF TEXAS,<br>APPELLEE | § <br> § | STATE OF TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL

APPEALS:

Comes now, RUTH PIN ROGMAD, and files this motion for an extension of 30 days in which to file Petition for Discretionary Review. In support of this motion, Appellant shows the court the following:

I.

Appellant was convicted on January 28, 2014 in the 415th Judicial District Court of Parker County, Texas of the offense of Possession of Marihuana of five pounds or less, but more than four ounces in Cause No. CR12-0294, styled "STATE OF TEXAS vs. RUTH PIN ROGMAD." Appellant was assessed a punishment of 24 months in a state jail facility,

FILED IN
COURT OF CRIMINAL APPEALS

June 12, 2015

ABEL ACOSTA, CLERK

along with a fine of $10,000, also assessing court costs. The appeal in this cause was perfected on February 28, 2014.

## II.

The Court of Appeals for the Second District of Texas, filed its opinion confirming the trial court's conviction on May 14, 2015. The deadline to file the Petition for Discretionary Review is June 13, 2015. This is the first request for an extension to file Petition for Discretionary Review.

## III.

Appellant's request for an extension is based upon the following facts:

1. Counsel just received the Reporter's Record on June 8, 2015, but has not yet received the Clerk's Record, the Appellant's Brief or the State's Reply Brief from the prior attorney. The prior attorney has noted some difficulty in locating these documents, as former counsel had put the documents in storage and has been unable to locate them.

2. Counsel cannot effectively address issues on a petition for discretionary review without the briefs outlining the law and the facts that was presented to the Second Court of Appeals.

WHEREFORE, Appellant prays that the Court grant the requested extension of time to file the petition for Discretionary Review.

Respectfully submitted,

By: /s/ Judith Mattern Hearn
Judith Mattern Hearn
State Bar No. 00795504
Attorney for Ruth Pin Rogmad


JUDITH MATTERN HEARN
20710 South Highway 281
P.O. Box 156
Lipan, Texas 76462
Telephone:     (254) 646-3700
Facsimile:      (254) 646-3704

SUBSCRIBED AND SWORN TO BEFORE ME ON June 11, 2015.

NEVA J. TAYLOR
Notary Public, State of Texas
My Commission Expires
March 30, 2019

Notary Public, State of Texas



ROYAL J. TAYLOR
NOTARY PUBLIC, State of Texas
MY COMMISSION EXPIRES
March 30, 2019

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above-entitled and numbered motion has been served on the Attorney for the State of Texas, by delivering a true and correct copy of the same via first class mail, postpaid, by depositing the same in an official depository under the care and custody of the United States Postal Service, properly wrapped and addressed to: Mr. Eddie Lewellen, Parker County Assistant District Attorney, 117 Fort Worth Highway, Weatherford, Texas 76086 and to the Appellant, Ruth Pin Rogmad, via first class mail, in care of Victory Temple Ministries, 2517 Loving Avenue, Fort Worth, Texas 76164, on the 11 day of June, 2015.



/s/ Judith Mattern Hearn

JUDITH MATTERN HEARN

## CERTIFICATE OF COMPLIANCE

This document complies with the typeface requirements of Tex. R. App. P. 9.4(e) because it has been prepared in a conventional typeface no smaller than 14-point for text and 12-point for footnotes. This document also complies with the word-count limitations of Tex. R. App. P. 9.4(i), if applicable, because it contains 307 words, excluding any parts exempted by Tex. R. App. P. 9.4(i)(1).



/s/ Judith Mattern Hearn

JUDITH MATTERN HEARN